```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SHEIKH MUHAMMAD ALI,                                             :
                                                                 :
                              Petitioner,                        :
                                                                 :         20-CV-703 (JPC)
            -v-                                                  :
                                                                 :         ORDER
JAMES MCHENRY et al.,                                            :
                                                                 :
                              Respondents.                       :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hear oral argument regarding the pending cross motions for summary judgment. *See* Dkts. 30, 34. All parties shall appear before the undersigned on June 29, 2021 at 11:00 a.m. in person in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: June 14, 2021
      New York, New York

                                              JOHN P. CRONAN
                                     United States District Judge