

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 15, 2021

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Ali v. McHenry, et al.*, No. 20 Civ. 703 (JPC)

Dear Judge Cronan:

      This Office represents the government in the above-referenced action challenging a decision by the Board of Immigration Appeals ("BIA") under the Administrative Procedure Act. *See* ECF No. 1.[1] On June 15, 2021, the Court scheduled oral argument regarding the cross motions for summary judgment for June 29, 2021 at 11:00 a.m. *See* ECF No. 43. I write on behalf of both parties to respectfully request an adjournment of the oral argument to the week of July 12 or thereafter. The parties respectfully request this adjournment due to prior scheduling conflicts. This is the parties' first request for an adjournment of the oral argument in this matter.

      We thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

By:   /s/ *Joshua E. Kahane*
JOSHUA E. KAHANE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2699
joshua.kahane@usdoj.gov

cc: Zoe Levine, Esq., *Counsel for Plaintiff* (by ECF)

---

This request is granted. The oral argument scheduled for June 29, 2021 at 11:00 a.m. is adjourned to July 12, 2021 at 11:00 a.m. The argument will take place in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Date: June 15, 2021
     New York, New York

JOHN P. CRONAN
United States District Judge

---

[1] Plaintiff currently is not detained, as ICE represented that it will not re-arrest the plaintiff pursuant to the BIA's order during the pendency of this matter unless the plaintiff is arrested and charged with a criminal offense. *See* ECF No. 25.