UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHEIKH MUHAMMAD ALI,

                     Petitioner,                    20 **CIVIL** 703 (JPC)

      -against-                             **JUDGMENT**

JEAN KING, et al.,

                    Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 19, 2021, the Government's motion for summary judgment is denied, and Ali's motion for summary judgment is granted. The BIA's November 4, 2019 decision is vacated, and this matter is remanded to the BIA for further proceedings consistent with the Opinion and Order; accordingly, the case is closed.

**Dated:** New York, New York
         August 26, 2021

                                                  **RUBY J. KRAJICK**

                                                       Clerk of Court
                                    BY:

                                                       **Deputy Clerk**